# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JEWEL L. SPENCER, ADC #147687**                                                      **PLAINTIFF**

**V.**                              **CASE NO. 4:17-cv-00617 JM**

**WALT BEAVERS,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE